**FOURTH DIVISION**
**ELLINGTON, P. J.,**
**MERCIER and GOBEIL, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**September 28, 2018**

# In the Court of Appeals of Georgia

A16A0945. THE MAYOR AND ALDERMEN OF THE CITY OF GARDEN CITY v. HARRIS et al.

ELLINGTON, Presiding Judge.

In *The Mayor and Aldermen of the City of Garden City v. Harris*, 302 Ga. 853 (809 SE2d 806) (2018), the Supreme Court of Georgia reversed this Court's decision in *The Mayor and Aldermen of the City of Garden City v. Harris*, 339 Ga. App. 452 (793 SE2d 628) (2016). Accordingly, we vacate our prior opinion and adopt the opinion of the Supreme Court. The judgment of the trial court is reversed.

*Judgment reversed. Mercier and Gobeil, JJ., concur.*